**2010–0197.  Ellison v. State.**
Hamilton App. No. C–090017. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. V. Motion for stay of jurisdictional question denied as moot.

**2010–0199.  Santoro v. State.**
Hamilton App. No. C–090022. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. V. Motion for stay of jurisdictional question denied as moot.

**2010–0200.  Cody v. State.**
Hamilton App. No. C–090010. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VIII; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. V. Motion for stay of jurisdictional question denied as moot.

**2010–0201.  Short v. State.**
Hamilton App. No. C–090016. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VIII; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. V. Motion for stay of jurisdictional question denied as moot.

**2010–0202.  Zieger v. State.**
Hamilton App. No. C–090023. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VIII; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. V. Motion for stay of jurisdictional question denied as moot.

**2010–0203.  Nero v. State.**
Hamilton App. No. C–090024. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VIII; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. V. Motion for stay of jurisdictional question denied as moot.

**2010–0204.  Jones v. State.**
Hamilton App. No. C–090045. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VIII; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. V. Motion for stay of jurisdictional question denied as moot.

**2010–0205.  Fairbanks v. State.**
Hamilton App. No. C–090005. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. V. Motion for stay of jurisdictional question denied as moot.